AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF__NEVADA_____

LUIS RAUL LABORI,

                Petitioner,

V.

DONALD HELLING, et al.,

                Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:05-CV-00019-JCM-VPC**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus and all statements of additional claims are DENIED IN THEIR ENTIRETY.

  March 17, 2008  

                                **LANCE S. WILSON**
                                       Clerk

                               /s Katie Lynn Ogden  
                                    Deputy Clerk